**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted April 3, 2009
Decided August 14, 2009

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

No. 07-2134

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff-Appellee*, | On Remand from the Supreme Court of the United States |
| *v.* | No. 06-CR-8 |
| LAWRENCE W. BENSON, <br> *Defendant-Appellant*. | Lynn Adelman, <br> *Judge*. |

**O R D E R**

The district court sentenced Lawrence Benson under the Armed Career Criminal Act, 18 U.S.C. § 924(e); one of the three crimes that predicated the enhancement was a 1984 juvenile adjudication for injury by negligent use of a dangerous weapon. On remand from the Supreme Court, the government concedes that, under *Begay v. United States*, 128 S. Ct. 1581 (2008), and *United States v. Smith*, 544 F.3d 781, 786 (7th Cir. 2008), a crime requiring the mental state of negligence is not a "violent felony" under the Act. Our independent analysis confirms this assessment. We therefore **VACATE** the sentence and **REMAND** for further proceedings in light of *Begay*.